02-11-066-CV














 

 

 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

 

NO. 02-11-00066-CV

 

 


 
 
 In re Roy E. Addicks, Jr.
 
 
  
 
 
 RELATOR
 
 


 

 

------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION[1]

                                                       ------------

The
court has considered relator’s petition for writ of mandamus
and is of the opinion that all relief should be denied.  Accordingly, relator’s
petition for writ of mandamus and all pending motions are denied.

 

PER CURIAM

 

 

PANEL: 
DAUPHINOT, WALKER, and MCCOY, JJ.

 

DELIVERED: 
February 17, 2011











          [1]See
Tex. R. App. P. 47.4, 52.8(d).